**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: James Caleb Martin**<br>    **aka James C Martin**<br><br>                        **Debtor** | **BK NO. 18-03998 RNO**<br><br>**Chapter 7** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322