

Law Office of
ATTORNEY JOHN FISHER LLC
126 South Main Street, Pittston, Pennsylvania 18640
TEL: (570) 569-2154 • FAX: (570) 569-2167

November 6, 2018

Clerk, U.S. Bankruptcy Court
228 Walnut Street
PO Box 908
Harrisburg, PA 17108-0908

    Re: James Caleb Martin
      5:18-bk-03998

Dear Clerk,

  Please be advised that the address for the above referenced debtor has changed. Please update the case data to reflect his new addresses:

Old Address:

James Caleb Martin
6 North Street
West Pittston PA 18643

New Address:

James Caleb Martin
510 Delaware Avenue
West Pittston PA 18643

Thank you,
John Fisher, Esq